William L. Webster, Atty. Gen., Van M. Pounds, Sp. Asst. Atty. Gen., Jefferson City, for respondent-appellant.

Timothy F. Devereux, Clayton, for petitioner-respondent.

REINHARD, Judge.

Director of Revenue appeals from the trial court's judgment reinstating petitioner's driver's license after trial de novo. We reverse and remand.

The facts in this case, insofar as they affect our resolution of the issue on appeal, are generally the same as in *Walsh v. Director of Revenue*, 772 S.W.2d 865 (Mo. App.1989). The points relied on are identical to those in *Walsh*.

For the reasons stated in *Walsh*, the cause is remanded to the trial court with instructions to set aside the order reinstating petitioner's driver's license and to sustain Director's application for change of judge.

Reversed and remanded.

CRANDALL, P.J., and CRIST, J., concur.

Jeffrey E. SUTTON, Petitioner–Respondent,

v.

DIRECTOR OF REVENUE, Respondent–Appellant.

No. 55986.

Missouri Court of Appeals, Eastern District, Division One.

June 20, 1989.

William L. Webster, Atty. Gen., Van M. Pounds, Sp. Asst. Atty. Gen., Jefferson City, for respondent-appellant.

Timothy F. Devereux, Clayton, for petitioner-respondent.

REINHARD, Judge.

Director of Revenue appeals from the trial court's judgment reinstating petitioner's driver's license after trial de novo. We reverse and remand.

The facts in this case, insofar as they affect our resolution of the issue on appeal, are generally the same as in *Walsh v. Director of Revenue*, 772 S.W.2d 865 (Mo. App.1989). The points relied on are identical to those in *Walsh*.

For the reasons stated in *Walsh*, the cause is remanded to the trial court with instructions to set aside the order reinstating petitioner's driver's license and to sustain Director's application for change of judge.

Reversed and remanded.

CRANDALL, P.J., and CRIST, J., concur.

Fred F. SULLENTROP, Petitioner–Respondent,

· v.

DIRECTOR OF REVENUE, Respondent–Appellant.

No. 55993.

Missouri Court of Appeals, Eastern District, Division One.

June 20, 1989.

William L. Webster, Atty. Gen., Van M. Pounds, Sp. Asst. Atty. Gen., Jefferson City, for respondent-appellant.

868

Timothy F. Devereux, Clayton, for petitioner-respondent.

REINHARD, Judge.

Director of Revenue appeals from the trial court's judgment reinstating petitioner's driver's license after trial de novo. We reverse and remand.

The facts in this case, insofar as they affect our resolution of the issue on appeal, are generally the same as in *Walsh v. Director of Revenue*, 772 S.W.2d 865 (Mo. App.1989). The points relied on are identical to those in *Walsh*.

For the reasons stated in *Walsh*, the cause is remanded to the trial court with instructions to set aside the order reinstating petitioner's driver's license and to sustain Director's application for change of judge.

Reversed and remanded.

CRANDALL, P.J., and CRIST, J., concur.

Deborah A. DANNER, Appellant,

v.

DIVISION OF FAMILY SERVICES, Respondent.

No. WD 41168.

Missouri Court of Appeals, Western District.

June 20, 1989.

Edward M. Berg, Columbia, for appellant.

Linda Ray McKenna, Jefferson City, for respondent.